## Gertrude C. Hart, Appellee, v. City of Chicago, Appellant.

### Gen. No. 42,076.

Heard in second division, first district, this court at February term, 1942; opinion filed June 19, 1942. Barnet Hodes, Corporation Counsel, for appellant; James A. Velde, Louis H. Geiman, John F. O'Malley and Paul A. H. Shults, Assistant Corporation Counsel, of counsel; Lloyd T. Bailey, for appellee; Joseph W. Bailey and Thomas C. Hollywood, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."